UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael L. Parker; and <br> Robert J. Parker, Sr., <br><br>               Plaintiffs, <br><br> vs. <br><br> William O. Spencer, Jr.; <br> Joseph Kershaw Spong; <br> Robinson, McFadden, & Moore, P.C.; <br> Green Tree Servicing LLC; <br> Walter Mortgage Company LLC; and <br> J. Michael Baxley, <br><br>               Defendants. | C/A No. 4:13-00430-MGL-KDW <br><br><br><br><br> ORDER |

      This is a civil action filed by pro se litigants. Under Local Civil Rule 73.02(B)(2) of the United States District Court for the District of South Carolina, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. By Order dated April 8, 2013, Plaintiff was given a specific time frame in which to bring this case into proper form. Plaintiffs have complied with the court's Order, and this case is now in proper form.

**PAYMENT OF THE FILING FEE:**

      Plaintiffs each submitted an Application to Proceed Without Prepayment of Fees and Affidavit (Form AO 240), which are construed as Motions for Leave to Proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. ECF Nos. 2, 18. A review of the Motions reveals that Plaintiffs should be relieved of the obligation to prepay the full filing fee. Plaintiffs' Motions for Leave to Proceed *in forma pauperis* are **granted**, subject to the court's right to require a payment if Plaintiff's financial condition changes. *See Flint v. Haynes*, 651 F.2d 970, 972-74 (4th Cir. 1981).

**TO THE CLERK OF COURT**:

      The Clerk of Court is directed *not* to issue any summonses or forward this matter to the United States Marshal for service of process at this time.

**TO PLAINTIFFS:**

      Plaintiffs must place the civil action number listed above on any document provided to the court pursuant to this Order. **Any future filings in this case must be sent to the address below.**

All documents requiring Plaintiffs' signatures shall be signed with Plaintiffs' full legal names written in Plaintiffs' own handwriting. Pro se litigants shall *not* use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this court, Plaintiffs are directed to use letter-sized (8½ inches by 11 inches) paper only, to write or type text on one side of a sheet of paper only and not to write or type on both sides of any sheet of paper. Plaintiffs are further instructed not to write to the edge of the paper, but to maintain one inch margins on the top, bottom, and sides of each paper submitted.

Plaintiffs are pro se litigants. Plaintiffs' attention is directed to the following important notice:

> You are ordered to always keep the Clerk of Court advised **in writing (Post Office Box 2317, Florence, South Carolina 29503**) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this Order, you fail to meet a deadline set by this court, **your case may be dismissed for violating this Order.** Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending cases you have filed with this court. Your failure to do so will not be excused by the court.

IT IS SO ORDERED.

                                                                      *Kaymani D. West*

October 18, 2013                                                 Kaymani D. West
Florence, South Carolina                           United States Magistrate Judge

***<u>Plaintiffs' attention is directed to the important warning on the next page.</u>***

# IMPORTANT INFORMATION ....PLEASE READ CAREFULLY

# WARNING TO PRO SE PARTY OR NONPARTY FILERS

All Documents That You File with the Court Will Be Available to the Public on the Internet Through Pacer (Public Access to Court Electronic Records) and the court's Electronic Case Filing System.  **CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN OR SHOULD BE REMOVED FROM ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court.  Rule 5.2 applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court.  If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing.  A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

**(a) Social Security and Taxpayer identification numbers.**  If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.
**(b) Names of Minor Children.**  If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.
**(c) Dates of Birth.**  If an individual's date of birth must be included in a document, the filer may include only the year of birth.
**(d) Financial Account Numbers.**  If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information – such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d)(Filings Made Under Seal) and (e) (protective orders).